FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 02, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RENA OLSON, an individual, | |
| Plaintiff, | NO. 4:17-cv-05069-SAB |
| v. | |
| AGRI-SERVICE, LLC, a Washington | **ORDER OF DISMISSAL** |
| Limited Liability Company; CLINT | |
| SCHNOOR, and individual; LISA | |
| SCHMITZ, an individual; and TRINA | |
| FLORES, an individual, | |
| Defendants. | |

Before the Court is the parties' Stipulation and Order of Dismissal with Prejudice and Without Costs or Fees to either Party, ECF No. 31. The parties stipulate and request the Court dismiss this matter with prejudice, and without costs to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation.

//
//
//
//
//

**ORDER OF DISMISSAL ^ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation and Order of Dismissal with Prejudice and Without Costs or Fees to either Party, ECF No. 31, is **ACCEPTED and ENTERED into the record**.

2. This matter is **DISMISSED with prejudice** and without costs to any party.

3. Any pending motions are **dismissed as moot**.

4. All trial dates and deadlines are **stricken**

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** this file.

**DATED** this 2nd day of July 2018.



Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL ^ 2**